UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

SKELLEY MEDICAL, LLC

Debtor

CHAPTER 7
CASE NO. 15-11817-JMD

## CHAPTER 7 TRUSTEE'S APPLICATION
## FOR AUTHORITY TO EMPLOY MURTHA CULLINA LLP AS COUNSEL

To The Honorable J. Michael Deasy, United States Bankruptcy Judge:

Pursuant to Section 327 of the Bankruptcy Code and Fed. R. Bank. P. 2014, Olga L. Gordon, the duly-appointed Chapter 7 Trustee for the above-captioned bankruptcy estate (the "Trustee") hereby requests the entry of an Order authorizing the employment of the law firm of Murtha Cullina LLP as her counsel.

In support of this Application, the Trustee respectfully states:

1.      On November 27, 2015, Skelley Medical, LLC (the "Debtor") filed a voluntary petition pursuant to Chapter 7 of 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code").

2.      On November 30, 2015, the Trustee was appointed as the Chapter 7 Trustee of the Debtor's bankruptcy estate.

3.      The Trustee seeks the entry of an Order authorizing the employment of the law firm of Murtha Cullina LLP ("Murtha Cullina") as her counsel in this case, with such compensation and reimbursement of out-of-pocket expenses as this Court may allow.

4.      The Trustee selected Murtha Cullina because of the firm's experience in bankruptcy cases, and the Trustee believes that Murtha Cullina is well qualified to represent her in this case.

5.      The professional services that Murtha Cullina is to render to the Trustee in this case include the following:

1

6672059v1

a)  preparing all necessary pleadings associated with the liquidation and recovery of

estate assets;

b)  representing the Trustee in all Court proceedings;

c)  assisting the Trustee in the investigation of fraudulent transfers and insider and

non-insider preferences; and

d)  performing such other legal services as may be required in the interest of creditors

of the Debtor.

6.      To the best of the Trustee's knowledge, Murtha Cullina represents no entity

having an adverse interest in connection with this case.

7.      The Affidavit of Olga L. Gordon, a partner of Murtha Cullina is submitted in

support of this Application.

WHEREFORE, the Trustee requests that she be authorized to employ the law firm of

Murtha Cullina to represent her in this case, with such compensation and reimbursement of out-

of-pocket expenses as this Court may allow, and that this Court grant such other and further

relief as may be just and proper.

Respectfully submitted,

OLGA L. GORDON, CHAPTER 7 TRUSTEE

/s/ Olga L. Gordon
Olga L. Gordon, Esq., BNH06338
Murtha Cullina LLP
99 High Street
Boston, Massachusetts 02110
617-457-4000 Telephone
617-482-3868 Facsimile
Dated:  December 7, 2015                        ogordon@murthalaw.com

2

6672059v1