UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

SKELLEY MEDICAL, LLC,

            Debtor.

CHAPTER 7
CASE NO. 15-11817-JMD

### CERTIFICATE OF SERVICE

I, Olga L. Gordon, hereby certify that on the 24th day of May, 2016, I served a copy of the *Chapter 7 Trustee's Motion for Rule 2004 Examination of Kathleen D. Bussiere and [Proposed] Order Granting Chapter 7 Trustee's Motion for Rule 2004 Examination of Kathleen D. Bussiere*, by first-class mail, postage prepaid or by electronic transmission as indicated, upon the parties listed on the attached Service List.

                            /s/ Olga L. Gordon
                            Olga L. Gordon, Esq.

7048935v1

Geraldine Karonis, AUST*
Office of the U.S. Trustee
1000 Elm Street, Suite 605
Manchester, NH 03101-1703

Peter N. Tamposi, Esq.*
The Tamposi Law Group
159 Main Street
Nashua, NH 03060

Daniel C. Proctor, Esq.*
P.O. Box 3544
Concord, NH 03301

Kathleen D. Bussiere, CPA
13 Colburn Lane
Littleton, MA 01460-1288

*served by electronic transmission*

7048935v1