UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| In re: | |
|---|---|
| SKELLEY MEDICAL, LLC, | CHAPTER 7 |
| | CASE NO. 15-11817-JMD |
| Debtor. | |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF KATHLEEN D. BUSSIERE

Upon consideration of the Chapter 7 Trustee's Motion To Conduct Rule 2004 Examination of Kathleen D. Bussiere ("Ms. Bussiere"), after notice, for cause shown, it is hereby

ORDERED, that Ms. Bussiere shall appear for examination under Rule 2004 at 3 Executive Park Drive, Suite 201, Bedford, New Hampshire on June 21, 2016 at 9:30 a.m.; and it is further

ORDERED, that Ms. Bussiere shall respond to the document production request detailed in Exhibit A attached to the Chapter 7 Trustee's Motion To Conduct Rule 2004 Examination by 4:00 p.m. on June 14, 2016, (said response and copies of the responsive documents so as to be received at the office of Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110 by the afore-detailed deadline date).


May 25, 2016                          /s/   J. Michael Deasy
                                      _____
                                      HONORABLE  J. MICHAEL DEASY
                                      United States Bankruptcy Court

7048895v1