UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>SKELLEY MEDICAL, LLC,<br><br>                 Debtor. | CHAPTER 7<br>CASE NO. 15-11817-JMD |

## CERTIFICATE OF SERVICE

     I, Olga L. Gordon, hereby certify that on the 11th day of August, 2016, I served a copy of the ***Chapter 7 Trustee's Motion for Rule 2004 Examination of William C. Skelley***, by first-class mail, postage prepaid or by electronic transmission as indicated, upon the parties listed on the attached Service List.

                                                     /s/ Olga L. Gordon
                                                     Olga L. Gordon, Esq.

7249727v1

| | | |
|---|---|---|
| Geraldine Karonis, AUST* <br> Office of the U.S. Trustee <br> 1000 Elm Street, Suite 605 <br> Manchester, NH 03101-1703 | Peter N. Tamposi, Esq.* <br> The Tamposi Law Group <br> 159 Main Street <br> Nashua, NH 03060 | Daniel C. Proctor, Esq.* <br> P.O. Box 3544 <br> Concord, NH 03301 |

William C. Skelley
500 Seventh Avenue, 17th Floor
New York, NY 10018

*served by electronic transmission*

7249727v1