UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| In re: | |
|---|---|
| SKELLEY MEDICAL, LLC, | CHAPTER 7<br>CASE NO. 15-11817-JMD |
| Debtor. | |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF WILLIAM C. SKELLEY**

Upon consideration of the Chapter 7 Trustee's Motion To Conduct Rule 2004 Examination of William C. Skelley, after notice, for cause shown, it is hereby

ORDERED, that William C. Skelley shall appear for examination under Rule 2004 at Murtha Cullina, LLP, One Century Tower, 265 Church Street, 9th Floor, New Haven, CT 06510 on October 6, 2016 at 10:00 a.m.; and it is further

ORDERED, that William C. Skelley shall respond to the document production request detailed in Exhibit A attached to the Chapter 7 Trustee's Motion To Conduct Rule 2004 Examination by 4:00 p.m. on September 22, 2016, (said response and copies of the responsive documents so as to be received at the office of Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110 by the afore-detailed deadline date).

August 12, 2016

/s/  J. Michael Deasy
HONORABLE  J. MICHAEL DEASY
United States Bankruptcy Court

7225545v1