United States Bankruptcy Court
District of New Hampshire

In re:  
Skelley Medical, LLC  
      Debtor

Case No. 15-11817-JMD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0102-1      User: dcs      Page 1 of 1      Date Rcvd: Aug 12, 2016  
                        Form ID: pdf961      Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2016.
db             +Skelley Medical, LLC,    10 Technology Way 4E,    Nashua, NH 03060-3245
cr             +Santander Bank, NA,    MA1 CBO 0662,    11 Park St.,    Leominister, Ma 01453-5671

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
acc            +E-mail/Text: ebn@vlpc.com Aug 12 2016 19:07:29      Verdolino & Lowey, P.C.,
                 124 Washington Street,    Foxboro, MA 02035-1368
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
              Daniel C. Proctor    on behalf of Creditor    Santander Bank, NA daniel.proctor@myfairpoint.net
              Office of the U.S. Trustee    USTPRegion01.MR.ECF@usdoj.gov
              Olga L. Gordon    on behalf of Trustee Olga L. Gordon ogordon@murthalaw.com,
               moleary@murthalaw.com;MA40@ecfcbis.com;jbabula@murthalaw.com
              Olga L. Gordon    ogordon@murthalaw.com,
               moleary@murthalaw.com;MA40@ecfcbis.com;jbabula@murthalaw.com
              Peter N. Tamposi    on behalf of Debtor    Skelley Medical, LLC peter@thetamposilawgroup.com,
               susan@tlgnh.com
              Robert M. Fojo    on behalf of Plaintiff    Worldwide Supply and Export, Inc. rfojo@fojolaw.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

SKELLEY MEDICAL, LLC,

Debtor.

CHAPTER 7
CASE NO. 15-11817-JMD

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF WILLIAM C. SKELLEY

Upon consideration of the Chapter 7 Trustee's Motion To Conduct Rule 2004 Examination of William C. Skelley, after notice, for cause shown, it is hereby

ORDERED, that William C. Skelley shall appear for examination under Rule 2004 at Murtha Cullina, LLP, One Century Tower, 265 Church Street, 9th Floor, New Haven, CT 06510 on October 6, 2016 at 10:00 a.m.; and it is further

ORDERED, that William C. Skelley shall respond to the document production request detailed in Exhibit A attached to the Chapter 7 Trustee's Motion To Conduct Rule 2004 Examination by 4:00 p.m. on September 22, 2016, (said response and copies of the responsive documents so as to be received at the office of Murtha Cullina LLP, 99 High Street, Boston, Massachusetts 02110 by the afore-detailed deadline date).

August 12, 2016

/s/   J. Michael Deasy
_____
HONORABLE  J. MICHAEL DEASY
United States Bankruptcy Court

7225545v1